(Docket Entry No. 61)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III, | : | |
| Petitioner, | : | Civil No. 04-2221 (RBK) |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

THIS MATTER having come before the Court upon Petitioner Arthur D'Amario's Rule 60(b) motion for relief from the Court's December 7, 2005 Order denying his Motion to Vacate, Set Aside or Correct his Sentence; and the Court having considered the moving papers, and noting no opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Petitioner's motion for relief from the Court's December 7, 2005 Order is DENIED.

Dated:  7-21-09

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge